UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Jessica Neary,<br><br>      Plaintiff,<br><br>      v.<br><br>Commissioner or Social Security,<br><br>      Defendant. | Civil Action No. 2:22–cv–86 |

## ORDER

On or before June 6, 2022, Plaintiff shall return executed her Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 25th day of May 2022.

                                    */s/ Kevin J. Doyle*
                                    Kevin J. Doyle
                                    United States Magistrate Judge